ARW:cjn
AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
DEC 06 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 19-MJ-813 TNL

ABDELHAMID AL-MADIOUM

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From in or about July 8, 2015, through in or about the present date, in the State and District of Minnesota and elsewhere, defendant(s)

ABDELHAMID AL-MADIOUM attempted to provide and provided material support and resources to a designated foreign terrorist organization, namely AL MADIOUM himself as personnel to ISIS in violation of Title 18, United States Code, Section(s) 2339B.

I further state that I am a(n) DEA Task Force Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

Timothy Gregg, Task Force Officer, Federal Bureau of Investigation
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: December 6, 2019

City and State: Minneapolis, MN

_____
Judge's Signature

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*

DEC 06 2019
U.S. DISTRICT COURT MPLS