ARW:cjn
AO 442 (Rev. 11/11) Arrest Warrant

2015R00311

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

ABDELHAMID AL-MADIOUM

Case No. 19-MJ-813 TNL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ABDELHAMID AL-MADIOUM,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

ABDELHAMID AL-MADIOUM attempted to provide and provided material support and resources to a designated foreign terrorist organization, namely AL MADIOUM himself as personnel to ISIS in violation of Title 18, United States Code, Section(s) 2339B.

Date: December 6, 2019

City and State: Minneapolis, MN

_____
Issuing officer's signature

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

SCANNED
DEC 06 2019
U.S. DISTRICT COURT MPLS