UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR20-196 ADM/BRT

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2339B(a)(1) |
| v. | |
| ABDELHAMID AL-MADIOUM, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

At all times material to this Indictment:

## COUNT 1

(Providing Material Support to a Designated Foreign Terrorist Organization)

From in or about July 8, 2015, through on or about March 15, 2019, within the State and District of Minnesota, and elsewhere, the defendant,

**ABDELHAMID AL-MADIOUM,**

did knowingly provide, and attempt to provide, material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including personnel (namely himself) and services to a foreign terrorist organization, to wit: the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

SCANNED
SEP 10 2020
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

The allegations in Count 1 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c).

The violation of Title 18, United States Code, Section 2339B(a)(1) alleged in Count 1 of this Indictment is an act of international terrorism, as defined in Title 18, United States Code, Section 2331, against an international organization or foreign government.

The defendant, Abdelhamid Al-Madioum, was an individual engaged in planning and perpetrating an act of international terrorism against an international organization or foreign government.

Upon conviction of the offense alleged in Count 1, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), all of his assets, foreign and domestic.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON