**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        20-cr-196 ADM/BRT |
| | ) | Date:              September 16, 2020 |
| Abdelhamid Al-Madioum, | ) | Video Conference |
| | ) | Time Commenced:    1:45 p.m. |
| Defendant, | ) | Time Concluded:     1:55 p.m. |
| | | Time in Court:       10 minutes |

APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD            X To be appointed

Date Charges Filed: 9/10/2020            Offense: Providing material support to a designated foreign terrorist organization

X Advised of Rights

on     X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is September 21, 2020 at 2:00 p.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
    X Detention hrg        X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:

X Defendant consents to this hearing via video conference.

                                                                                  s/SAE
                                                                    Signature of Courtroom Deputy