UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                   Case No: 20-cr-196 ADM/BRT


                    Plaintiff,


v.

                                                            ORDER OF PRELIMINARY
                                                            DETENTION PENDING HEARING
                                                            PURSUANT TO BAIL REFORM ACT

Abdelhamid Al-Madioum,


                    Defendant,

_____


            Upon motion of the United States it is ORDERED that a detention/arraignment

hearing is set for September 21, 2020 at 2:00 p.m. via video conference before Magistrate Judge

Elizabeth Cowan Wright.   Pending this hearing, the Defendant shall be held in custody by the

United States Marshal and produced for the hearing.

Dated:  9/16/2020

                                        _____
                                        Elizabeth Cowan Wright
                                        U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.