AO 442 (Rev. 11/11) Arrest Warrant

F#11172453

# UNITED STATES DISTRICT COURT
### for the
District of Minnesota

**RECEIVED**

SEP 16 2020

CLERK, U.S. DISTRICT COURT
~~SEALED~~ ST. PAUL, MINNESOTA

United States of America
v.



Abdelhamid Al-Madioum

*Defendant*

)
)
)
)
)
)
)

Case No.   CR 20-196 ADM/BRT

**RECEIVED**

*By U.S. Marshal, Saint Paul, MN at 4:54 pm, Sep 10, 2020*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Abdelhamid Al-Madioum                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

  Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:          Pretrial Release Violation Petition
Count 1 - Providing Material Support to a Designated Foreign Terrorist Organization, 18:2339B(a)(1)

**SCANNED**

SEP 17 2020

U.S. DISTRICT COURT ST. PAUL

Date:  09/10/2020 _____

_____
*Issuing officer's signature*

City and state:    Minneapolis, MN _____

_____ Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

|                                          Return                                                    |
|----------------------------------------------------------------------------------------------------|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____          ARRESTED ON 9/16/2020 _____          _____
                          ARRESTED BY ___FBI_____          *Arresting officer's signature*

                              U.S. MARSHAL
                          DISTRICT OF MINNESOTA                    _____
                          BY _____                    *Printed name and title*