*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

September 21, 2020

Honorable Elizabeth Cowan Wright
United States Magistrate Judge
Suite 342, Federal Building & US Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:   United States v. Al-Madioum
      Crim. No. 20-196 (ADM/BRT)

Dear Magistrate Judge Wright,

The above-captioned case is scheduled for an arraignment and detention hearing today, September 21, 2020 at 2:00 PM. Counsel is requesting a continuance of the hearing pursuant to § 3142(f)(2)(B). Good cause exists to allow for the continuance because counsel needs additional time to investigate and verify information for the detention hearing. Counsel has consulted with the government and they do not object to a continuance. Mr. Al-Madioum has been fully advised of his rights to have a detention hearing today, and agrees the continuance is in his best interest. If the hearing is continued, the parties respectfully request that the hearing be continued to Tuesday, September 29, 2020.

Sincerely,

*s/ Manny Atwal*

MANNY K. ATWAL
First Assistant Federal Defender

MKA/jzf

cc:   Andrew Winter, AUSA
      Melissa Perez, USPO