*KATHERIAN D. ROE
  Federal Defender

*MANNY ATWAL
  First Assistant Defender

*DOUGLAS OLSON
  Senior Litigator

CHAD M. SPAHN
  Senior Investigator

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

December 11, 2020

Honorable Becky R. Thorson
United States Magistrate Judge
646 Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

Re:   *United States v. Abdelhamid Al-Madioum*
      Crim. No. 20-196 (ADM/BRT)

Dear Magistrate Judge Thorson:

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Al-Madioum. Mr. Al-Madioum and the government are working on a resolution short of trial and hereby request that the motion hearing currently scheduled for January 6, 2021 be canceled. The parties will contact Judge Montgomery's chambers to schedule a change of plea hearing once a plea agreement has been finalized.

Please let me know if further information is required. Thank you.

Sincerely,

*s/ Manny K. Atwal*

MANNY K. ATWAL
First Assistant Defender

MKA/jzf

Cc:   Andrew Winter, AUSA
      Abdelhamid Al-Madioum