# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 20-cr-196 ADM/DJF |
| Abdelhamid Al-Madioum, | Date: June 17, 2025 |
| | Court Reporter: Caitlin Albrecht |
| | Courthouse: Minneapolis |
| Defendant | Courtroom: 13E |
| | Time Commenced: 1:44 p.m. |
| | Time Concluded: 2:04 p.m. |
| | Time in Court: 20 minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Andrew Winter, AUSA
For Defendant: Manny Atwal, FPD

**PROCEEDINGS:**
☒ Government's Motion was moved and granted.

IT IS ORDERED:
**Defendant is re-sentenced to:**

| **Count No.** | **Plea** | **BOP** | **SR** |
|---|---|---|---|
| Count 1 | ☒ | Time served | 15 Years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
  ☒ Special assessment in the amount of $100.
☒ Defendant shall be released to the residential reentry center.

s/LPH
Courtroom Deputy
