Prob 12 (Rev. 11/1/2004)

# United States District Court
## for the
### DISTRICT OF MINNESOTA

### United States v. Abdelhamid Al-Madioum

### Docket No. 0864 0:20CR00196-001(ADM)

### Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdelhamid Al-Madioum** who was sentenced for Providing Material Support to a Designated Foreign Terrorist Organization on June 13, 2024, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 15 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Computer restrictions
- Social media restrictions
- Language restrictions
- General search condition
- Financial disclosure
- No extremist materials
- Media restrictions
- Submit to polygraphs
- Surrender passport and restrict travel documents
- Mental Health Counseling
- Up to 180 days at a residential reentry center with home detention and use of location monitoring (GPS)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Abdelhamid Al-Madioum is not alleged to have violated the conditions of supervision. This modification is being made to afford the defendant with less restrictive conditions, in response to overall observed compliance and consideration of increased stability as he continues to reintegrate into the community.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

Within five business days of the court order the defendant may be released from the residential reentry center and allowed to reside at an approved residence.

The remainder of the defendant's term of up to 180 days is to be converted to location monitoring under the following reduced restriction:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __22nd__ day of __September, 2025__, and ordered filed and made a part of the records in the above case. | s/ Brian James<br>Brian S. James<br>Senior U.S. Probation Officer<br>Telephone: 612-664-5364 |
| s/Ann D. Montgomery<br>Ann D. Montgomery<br>Senior U.S. District Judge | Executed on   September 19, 2025<br>Place            Minneapolis |
| | Approved:<br><br>s/ *Dawn Arenz*<br>Dawn Arenz<br>Assistant Deputy Chief U.S. Probation Officer |